# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00098-CV

**Jeffrey W. Phillips and DBP Burnet, LLC
d/b/a Dickey's Barbecue Pit, Appellants**

**v.**

**PPF AMLI 5350 Burnet Road, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-16-000830, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Jeffrey W. Phillips and DBP Burnet, LLC d/b/a Dickey's Barbecue Pit have informed this Court that they no longer wish to pursue this appeal and have filed a motion to dismiss it. Appellants' counsel states that he has conferred with counsel for appellee PPF AMLI 5350 Burnet Road, LLC, which does not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____
Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Dismissed on Appellant's Motion

Filed: July 14, 2017